# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAMES BROOKS,** | : | **CIVIL ACTION** |
| *Petitioner*, | : | |
| v. | : | |
| | : | |
| **ERIC ARMEL, et al.** | : | **NO. 20-cv-2885** |
| *Respondents*. | : | |

## ORDER

**AND NOW**, this **6th** day of **April 2022**, upon careful and independent consideration of the Petition for Writ of Habeas Corpus (ECF No. 1), review of the Report and Recommendation of United States Magistrate Judge Elizabeth T. Hey (ECF No. 13), and consideration of Petitioner's Objections (ECF No. 19), it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The Petition for Writ of Habeas Corpus is **DISMISSED WITH PREJUDICE**; and

3. There is no probable cause to issue a certificate of appealability.

The Clerk of Court shall mark this case **CLOSED** for statistical purposes.

**BY THE COURT:**

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**